**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JERMAURA WRIGHT, a.k.a. Jermaura Paige Wright, | No. 14-56782 |
| Plaintiff - Appellant, | D.C. No. 2:12-cv-04385-JVS-AJW |
| v. | MEMORANDUM[*] |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Central District of California
James V. Selna, District Judge, Presiding

Submitted July 26, 2016[**]

Before:      SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

Jermaura Wright appeals pro se from the district court's judgment reversing

the Administrative Law Judge's ("ALJ") decision affirming the suspension and

termination of her Supplemental Security Income under Title XVI of the Social

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Security Act.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion the district court's decision to remand for further administrative proceedings, *Harman v. Apfel*, 211 F.3d 1172, 1173 (9th Cir. 2000), and we affirm.

The district court did not abuse its discretion in remanding the action for further administrative proceedings because "there is conflicting evidence, and not all essential factual issues have been resolved[.]" *Treichler v. Comm'r, Soc. Sec. Admin.*, 775 F.3d 1090, 1101 (9th Cir. 2014) (explaining when remand for further administrative proceedings is appropriate).

All pending motions and requests are denied.

**AFFIRMED.**

14-56782